IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,

*Plaintiff*,

v.

No. 19-cv-02235-SB

LOCAL 1694, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,

*Defendant*.

**ORDER**

For the reasons given in the accompanying opinion, I order that:

1. The motion for summary judgment [D.I. 33] is **GRANTED**.

2. In accordance with 29 U.S.C. § 482(a), all officers of Local 1694 may continue to conduct the affairs of Local 1694 until a new election is completed.

3. In accordance with 29 U.S.C. § 482(c), Local 1694 shall conduct new elections for the offices of President, Vice President, Recording Secretary, Financial Secretary, Business Agent, three Executive Board Members, and three Auditing Committee Members, under the supervision of the Secretary of Labor, no later than sixty days from the issuance of this order, with the successful candidates for those offices serving their respective positions until the conclusion of the next regularly-scheduled elections for those offices.

4. The supervised election shall be conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. § 481, *et seq.*, and, insofar as lawful and practicable, in accordance with Local 1694's Constitution and Bylaws.

5. The Court shall retain jurisdiction of this action, and after completion of the supervised election, the Secretary shall certify to the Court the name of the persons so elected, and that such election was conducted in accordance with Title IV of the LMRDA, and insofar as lawful and practicable, in accordance

with the provisions of Local 1694's Constitution and Bylaws. Upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification, and then close the case, pursuant to 29 U.S.C. § 482(c).

Dated: May 13, 2021

_____

UNITED STATES CIRCUIT JUDGE