# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br>  v.<br><br>LOCAL 1694, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br><br>    Defendant. | **Civil Action No. 19-2235-SB** |

## STATUS REPORT CERTIFYING UNION ELECTION

Pursuant to the Court's May 13, 2021 Order (D.I. 43) and its July 28, 2021 Oral Order, Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("DOL"), hereby submits this Status Report to inform the Court that a new election for union officers has been conducted by Local 1694 under the supervision of the DOL. Attached to this Status Report as "Exhibit A" is the Certification of Election by United States Department of Labor.

In light of the DOL's certification, and pursuant to the Court's May 13, 2021 Order and 29 U.S.C. § 482(c), Plaintiff respectfully requests that the Court enter a final judgment in this case declaring the election results set out in Exhibit A as valid and administratively closing this case.

                Respectfully submitted,
                DAVID C. WEISS

          By: */s/ Jesse S. Wenger*
             Jesse S. Wenger
             Assistant U.S. Attorney
             1313 N. Market Street
             P.O. Box 2046
             Wilmington, DE 19899-2046

                                          (302) 573-6277
                                          jesse.wenger@usdoj.gov
                                          *Attorney for Plaintiff*

Dated:    August 3, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>LOCAL 1694, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br><br>Defendant. | Civil Action No. 19-2235-SB |

**[PROPOSED] ORDER DECLARING ELECTION RESULTS AND FINAL JUDGMENT**

AND NOW, this _____ day of _____ 2021, upon consideration of the Certification of Election dated August 3, 2021, filed by Plaintiff, Martin J. Walsh, Secretary of the United States Department of Labor,

1. It is HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following persons are duly elected officers to the offices designated:

    | | |
    |---|---|
    | William Ashe | President |
    | Michael Miller | Vice President |
    | Ronald Farrell | Financial Secretary |
    | Gary Lewis | Business Agent |
    | Benjamin Jeffcoat | Auditing Committee |
    | Rolland Mason | Auditing Committee |
    | Lawrence Pierce | Auditing Committee |
    | Barry Banneer | Executive Board |
    | Ty Butler | Executive Board |
    | Kevin A. Cooper, Sr. | Executive Board |

2

2. It is HEREBY ORDERED that this matter is closed.

_____
UNITED STATES CIRCUIT JUDGE