# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br>v.<br><br>LOCAL 1694, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br><br>    Defendant. | Civil Action No. 19-2235-SB |

**CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to the Court's Order entered May 13, 2021, in the United States District Court for the District of Delaware, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| William Ashe | President |
| Michael Miller | Vice President |
| Ronald Farrell | Financial Secretary |
| Gary Lewis | Business Agent |
| Benjamin Jeffcoat | Auditing Committee |

2

| | |
|---|---|
| Rolland Mason | Auditing Committee |
| Lawrence Pierce | Auditing Committee |
| Barry Banneer | Executive Board |
| Ty Butler | Executive Board |
| Kevin A. Cooper, Sr. | Executive Board |

Signed this 3rd day of August 2021.

*Tracy L. Shanker*

_____

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

2